IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DORSEY, | 1:06-cv-00765-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 7) |
| COSTA, et al., | ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | |
| _____/ | |

Lawrence Dorsey ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 29, 2008, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunctive relief, found on page 5 of the complaint, be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 29, 2008, are adopted in full; and

2. Plaintiff's motions for preliminary injunctive relief, found on page 5 of the complaint, is DENIED.

IT IS SO ORDERED.

**Dated:   June 22, 2008**                            /s/ Anthony W. Ishii
                                                                UNITED STATES CHIEF DISTRICT JUDGE

2