IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DORSEY, | 1:06-cv-00765-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 9) |
| COSTA, et al., | ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |
| _____/ | |

Lawrence Dorsey ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 23, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of April 29, 2008. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 23, 2008, are adopted in full;

2. This action is dismissed without prejudice, based on plaintiff's failure to comply with the court's order of April 29, 2008 ; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   August 15, 2008**           /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2